Submitted October 7, affirmed November 30, 2016

WELLS FARGO BANK, N. A.,
as trustee for WAMU Mortgage pass through
Certificate Series 2006-PR3 Trust,
*Plaintiff-Respondent,*

*v.*

Doris E. YOUNG,
*Defendant-Appellant.*

Washington County Circuit Court
C134961CV; A157287

385 P3d 1277

Doris E. Young filed the brief *pro se.*

Michael J. Farrell, Alice Sayers Newlin, and Martin, Bischoff, Templeton, Langslet & Hoffman LLP filed the brief for respondent.

Before Sercombe, Presiding Judge, and Flynn, Judge, and DeHoog, Judge.

PER CURIAM

Affirmed. *Nationstar Mortgage, LLC v. Peper,* 278 Or App 594, 377 P3d 678 (2016); *Deutsche Bank Trust Co. Americas v. Walmsley,* 277 Or App 690, 374 P3d 937 (2016).